UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sarprio Doranti, | File No. 23-cv-27 (ECT/DLM) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Jodi Harpstead, *of the Minnesota Department of Human Services, DHS Commissioner*, | |
| Respondent. | |

Petitioner Sarprio Doranti commenced this action pro se by filing a petition for a writ of habeas corpus. ECF No. 1. The case is before the Court on a Report and Recommendation [ECF No. 10] issued by Magistrate Judge Douglas L. Micko. Magistrate Judge Micko recommends dismissing Doranti's petition as untimely under 28 U.S.C. § 2244(d). R&R at 5. Doranti filed non-specific objections to the Report and Recommendation. ECF No. 12. Because Doranti has objected, the Court is required to review the Report and Recommendation de novo pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). The Court has undertaken that de novo review and has concluded that Magistrate Judge Micko's analysis and conclusions are correct.

Therefore, based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Objections to the Report and Recommendation [ECF No. 12] are **OVERRULED**;

2. The Report and Recommendation [ECF No. 10] is **ACCEPTED** in full;

3. The Habeas Corpus petition under 28 U.S.C. § 2254 [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

4. Petitioner's application to proceed in District Court without prepaying fees or costs [ECF No. 2] is **DENIED AS MOOT**.

5. Petitioner's motion ordering the Court to transfer the petitioner to a less restrictive facility or full complete discharge from the MSOP [ECF No. 3] is **DENIED AS MOOT**.

6. No certificate of appealability will issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 18, 2023                          s/ Eric C. Tostrud
                                              Eric C. Tostrud
                                              United States District Court